

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00295-CV

**SERVICE LIFE & CASUALTY INSURANCE COMPANY**,
Appellant

v.

**TRINITY MESA REAL ESTATE SERVICES, LLC** and Matthew Coale,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-05243
Honorable Stephani A. Walsh, Judge Presiding

**ORDER**

Appellant's petition for permissive appeal is DENIED. This appeal is DISMISSED FOR WANT OF JURISDICTION. We order that appellees recover their costs of this appeal.

It is so **ORDERED** on July 19, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk